**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GORDON HUYSER, INDIVIDUALLY §<br>AND AS REPRESENTATIVE OF §<br>THE ESTATE OF NANCY GWEN §<br>HUYSER, DECEASED §<br>§<br>VS §<br>§<br>FORD MOTOR COMPANY § | CIVIL ACTION NO. 2:13CV280 |

**MEDIATOR'S REPORT TO THE COURT**

A mediation conference was held on January 21, 2015 in Tyler, Smith County, Texas.

All necessary attorneys were present and participated. The case **did settle**.

Signed this 22nd day of January, 2015.

/s/ Richard Grainger
Richard Grainger, Mediator
State Bar No. 08286000
**LAW OFFICES OF RICHARD GRAINGER**
P. O. Box 491
Tyler, Texas 75710
903.595.3514
903.595.5360 fax
e-mail: graingerpc@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 22nd day of January, 2015.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Richard Grainger
Richard Grainger