**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| GORDON HUYSER | § | |
| | § | |
| v. | § | Case No. 2:13-CV-280-RSP |
| | § | |
| FORD MOTOR COMPANY | § | |

## <u>ORDER</u>

The Court has been advised through the Report of Mediation (Dkt. No. 162) that the parties have settled all claims in controversy in the above reference case.  The final motion to dismiss should be submitted on or before 30 days from the date of this Order.

If the parties are unable to comply with this directive, they shall file the appropriate motion requesting additional time.

**SIGNED this 23rd day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE